NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

v.

**BROOKS BROTHERS, INC., AND RETAIL BRAND
ALLIANCE, INC.,**
*Defendants-Appellees,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

_____

2013-1180

_____

Appeal from the United States District Court for the Southern District of New York in No. 08-CV-10369, Judge Sidney H. Stein.

_____

**ON MOTION**

_____

**O R D E R**

2                    STAUFFER v. BROOKS BROTHERS, INC.

Upon further review of the motions filed July 18, 2013, July 22, 2013, and August 8, 2013, the court's September 5, 2013 order is revised as follows:

IT IS ORDERED THAT:

1)   Mr. Stauffer's untimely brief is accepted for filing. The appellees should calculate their brief due date from the date of this order.

2)   All other motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk

s25